IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SAHAI PTY. LTD., an Australian proprietary limited company, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 09-cv-07350 |
| v. | ) ) | Honorable Edmond E. Chang |
| SASSY, INC., an Illinois corporation, | ) ) | |
| Defendant. | ) ) ) | |

**DEFENDANT SASSY INC.'S**
**RULE 50(b) MOTION FOR JUDGMENT AS A MATTER OF LAW**

Defendant Sassy, Inc. ("Sassy"), pursuant to Rule 50(b) of the Federal Rules of Civil Procedure, hereby moves for judgment as a matter of law and states as follows:

1. On December 3, 2012, Sassy moved for judgment as a matter of law preserving its rights to bring this motion.

2. For the reasons stated in its supporting memorandum, there is no legally sufficient evidentiary basis to find for Sahai on the issues of cause, damages relating to non-saleable inventory, and Sassy's counterclaim for unpaid invoices.

WHEREFORE, Sassy respectfully requests that the Court enter an order:

A. Granting Sassy judgment as a matter of law on Sahai's wrongful termination claim;

B. Granting Sassy judgment as a matter of law on Sahai's claim for damages relating to remaining inventory;

C. Granting Sassy judgment as a matter of law on Sassy's counterclaim for unpaid invoices; and

  D. Granting any other relief that the Court finds just and proper.

Dated: January 2, 2013        DEFENDANT SASSY, INC

                 s/ Vito S. Solitro
                 One of its Attorneys

                 Steven J. Yatvin
                 Vito S. Solitro
                 BARACK FERRAZZANO
                   KIRSCHBAUM & NAGELBERG LLP
                 200 W. Madison Street, Suite 3900
                 Chicago, IL 60606
                 Telephone: (312) 984-3100